LINDA BALDWIN JONES, Bar No. 178922
ROBERTA D. PERKINS, Bar No. 153074
BISMA SHAHBAZ, Bar No. 328015
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         lbjones@unioncounsel.net
         rperkins@unioncounsel.net
         bshahbaz@unioncounsel.net

Attorneys for Defendants
International Alliance of Theatrical Stage Employees (I.A.T.S.E.)
Local 16 Pension Plan, Board of Trustees of the I.A.T.S.E. Local
16 Pension Plan Trust Fund, I.A.T.S.E Local 16 Pension Trust
Fund, Benesys Inc., incorrectly named as "BeneSys
Administrators of I.A.T.S.E."

JAMES POHL
21 Longview Court
San Francisco, CA 94131
Telephone:  (415) 412-0531
Email:  jrpohl@me.com

Plaintiff, *in Pro Per*

# UNITED STATES DISTRICT COURT

## SAN FRANCISCIO DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JAMES POHL, an Individual,<br><br>                                    Plaintiff,<br><br>        v.<br><br>International Alliance of Theatrical Stage Employees (I.A.T.S.E.) Local 16 Pension Plan, Board of Trustees of the I.A.T.S.E. Local 16 Pension Plan Trust Fund, BeneSys Administrators of I.A.T.S.E., Local 16 Pension Trust Funds, Local 16 Pension Trust Funds, I.A.T.S.E. Local 16, and DOES 1-20,<br><br>                                    Defendants. | No. 24-CV-2120-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>Hon. Kandis A. Westmore |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
Case No. 24-CV-2120-KAW

Pursuant to Rule 41(a)(1)(ii) and subject to approval by the Court, Plaintiff James Pohl, *pro per*, and Defendants the International Alliance of Theatrical Stage Employees (I.A.T.S.E.) Local 16 Pension Plan, Board of Trustees of the I.A.T.S.E. Local 16 Pension Trust Fund, Local 16 Pension Trust Funds, (together "Pension Fund"), and BeneSys, Inc. ("BeneSys"), incorrectly named as "BeneSys Administrators of the I.A.T.S.E. Local 16 Pension Trust Funds", (collectively "Pension Fund Defendants") hereby jointly stipulate and agree to the dismissal of this action with prejudice.

Dated: January 13, 2026

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

*/s/ Bisma Shahbaz*

By:     BISMA SHAHBAZ

Attorneys for Defendants
International Alliance of Theatrical Stage
Employees (I.A.T.S.E.) Local 16 Pension Plan,
Board of Trustees of the I.A.T.S.E. Local 16
Pension Plan Trust Fund, I.A.T.S.E Local 16
Pension Trust Fund, Benesys Inc., incorrectly
named as "BeneSys Administrators of I.A.T.S.E."

Dated: January 13, 2026

ROBOOSTOFF & KALKIN

/s/ *William Reilly*

By:     WILLIAM REILLY

Attorney for JAMES POHL
(Limited Representation)

Dated: January 13, 2026

JAMES POHL

/S/ *James Pohl*

By:          JAMES POHL

Plaintiff, *Pro Per*

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1
**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** Case No. 24-CV-2120-KAW

## Signature Attestation

Pursuant to Civil Local Rules 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 13, 2026

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


*/s/ Bisma Shahbaz*
By:    BISMA SHAHBAZ

Attorneys for Defendants
International Alliance of Theatrical Stage
Employees (I.A.T.S.E.) Local 16 Pension Plan,
Board of Trustees of the I.A.T.S.E. Local 16
Pension Plan Trust Fund, I.A.T.S.E Local 16
Pension Trust Fund, Benesys Inc., incorrectly
named as "BeneSys Administrators of I.A.T.S.E."

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
Case No. 24-CV-2120-KAW

## ORDER GRANTING DISMISSAL

Pursuant to the Joint Stipulation for Dismissal with Prejudice by the parties and Federal Rules of Civil Procedure 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  January 16, 2026

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
Case No. 24-CV-2120-KAW